# Exhibit D

Procedures Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
                                                               :    Case No. 10-10250 (MFW)
PCAA PARENT, LLC, et al.,[1]                                   :
                                                               :    Jointly Administered
                                                               :
                        Debtors.                               :
---------------------------------------------------------------x

## NOTICE OF AUCTION, BIDDING PROCEDURES AND SALE HEARING IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL PCAA'S ASSETS

PLEASE TAKE NOTICE THAT on _____, 2010, PCAA Parent, LLC, together with its affiliated debtors and debtors in possession (collectively, the "**PCAA**," or the "**Seller**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") under chapter 11 of the United States Bankruptcy Code 11 U.S.C. §§ 101 – 1532 (the "**Bankruptcy Code**"), filed a motion (Docket No.__, the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**") for an order pursuant to sections 105, 363, 365 and 1146 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"): (A) approving the form of the bidding procedures (the "**Bidding Procedures**") to govern the sale (the "**Sale**") by PCAA of substantially all of PCAA's assets (the "**Purchased Assets**") free and clear of all liens, claims, encumbrances and interests of any kind to the buyer, (B) scheduling the date and time to hold an auction (the "**Auction**") to implement the Sale, (C) scheduling the date and time for a hearing (the "**Sale Hearing**") to consider (1) approval of the Sale and (2) the assumption by PCAA and the assignment by PCAA to the buyer of some or all of PCAA's executory contracts and unexpired leases (such executory contracts and unexpired leases, collectively, the "**Assumed Agreements**"), and (D) approving related relief.

PLEASE TAKE FURTHER NOTICE THAT on _____, 2010, the Court entered an order (Docket No. __, the "**Bidding Procedures Order**") approving the form of the Bidding

---

[1] The PCAA entities, along with the last four digits of their respective federal tax identification numbers (as applicable), are as follows: PCAA Parent, LLC (8827); PCAA Chicago, LLC (0860); PCAA GP, LLC (4237); PCAA LP, LLC (none); PCAA Properties, LLC (0617); PCAA SP, LLC (3465); Airport Parking Management, Inc. (7571); PCAA Missouri, LLC (5702); PCAA SP-OK, LLC (none); PCAA Oakland, LLC (9451); Parking Company of America Airports, LLC (9249); PCA Airports, Ltd. (8348); Parking Company of America Airports Phoenix, LLC (8343); and RCL Properties, LLC (2006). The mailing address for PCAA is 621 North Governor Printz Boulevard, Essington, PA 19029.

[2] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

Procedures and setting certain dates and deadlines relating to the Auction, the Sale and the Sale Hearing, as summarized below.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Bidding Procedures Order, if PCAA receives a Qualified Bid (other than the bid by the Stalking Horse Purchaser) by the Bid Deadline (defined below), **PCAA shall conduct the Auction on [      , 2010], commencing at      a.m. (Eastern Time)** at the offices of Milbank, Tweed Hadley & M<sup>c</sup>Cloy LLP, One Chase Manhattan Plaza, 48th Floor, New York, New York 10005, or at such later date and time and at such alternative location as PCAA may determine or the Bankruptcy Court may direct. If PCAA does <u>not</u> receive at least one Qualified Bid by the Bid Deadline (other than the bid by the Stalking Horse Purchaser), **PCAA will <u>not</u> conduct the Auction.**

PLEASE TAKE FURTHER NOTICE THAT the "**Bid Deadline**" is **[      , 2010], at 4:00 p.m. (Eastern Time)**. A potential bidder that desires to make a bid for the Purchased Assets, or any portion thereof, is required under the Bidding Procedures Order to deliver a written copy of all materials comprising its bid to SSG Capital Advisors, LLC, Five Tower Bridge, 300 Barr Harbor Drive, Suite 420, West Conshohocken, PA 19428, Attention: Robert Smith, **no later than the Bid Deadline. Any person or entity that does not submit a bid by the Bid Deadline (as may be extended pursuant to the Bidding Procedures) shall not be permitted to participate in the Auction.**

PLEASE TAKE FURTHER NOTICE THAT, in furtherance of the Sale, PCAA will file a notice (the "Sale Agreement Notice") of the form of the Sale Agreement as finalized by the buyer within two (2) business days after the conclusion of the Auction, or as soon thereafter as practicable, but not later than one (1) business day prior to the Sale Hearing.

PLEASE TAKE FURTHER NOTICE THAT PCAA will seek approval of the Motion and the Sale, and the transactions contemplated thereby, at the Sale Hearing (which may be part of the confirmation hearing related to PCAA's proposed chapter 11 plan). The **Sale Hearing is scheduled to be held** before the Honorable [    ], United States Bankruptcy Court, 824 North Market Street, [    ] Wilmington, Delaware 19801, at     **p.m. (Eastern Time) on [    , 2010]**. The Sale Hearing may be adjourned or rescheduled by the Seller, from time to time, without notice to creditors or parties in interest other than by an announcement of the adjourned date at the Sale Hearing, filings with the Court, or on the Court's calendar on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE THAT **responses or objections, if any, to the relief to be requested in the Sale Order** must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Court (as amended, the "**Local Rules**"), set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against PCAA's estates or property, the basis for the objection and the specific grounds therefore, and be served upon (collectively, the "**Objection Notice Parties**"): (a) PCAA at 621 North Governor Printz Boulevard, Essington, PA 19029, Attention: Mark Shapiro, (b) Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, One Chase Manhattan Plaza, New York, New York 10005, Attention: Matthew S. Barr and Michael E. Comerford, counsel for PCAA, (c) Richards, Layton & Finger, P.A., Attention: John H. Knight and Mark Collins, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, (d) the Office of the U.S. Trustee, 844 King Street, Room 2207,

Lockbox #35, Wilmington, DE 19899-0035 (e) counsel to the Creditors' Committee as applicable, and (f) counsel to the Administrative Agent and any other agent, trustee, or other representative, if any, for PCAA's prepetition lenders (the "**Objection Notice Parties**"), so as actually to be received **no later than 4:00 p.m. (prevailing Eastern Time) on [            , 2010]** (the "**Sale Objection Deadline**"); provided, however, that objections as to the Auction or the selection of the highest or otherwise best bid shall be in writing, filed and served on the foregoing parties, so as to be actually received by the Objection Notice Parties **no later than 4:00 p.m. (prevailing Eastern Time) on [            , 2010]** (the "**Auction Objection Deadline**"). The failure of any party in interest to file its objection or response to the Sale Agreement Notice or the Sale Order by the Sale Objection Deadline or to the Auction and Successful Bidder by the Auction Objection Deadline in accordance with the provisions of this paragraph shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the Auction, the Sale Agreement Notice, the Sale Order, the Sale, or PCAA's consummation and performance of the transactions contemplated thereby.

PLEASE TAKE FURTHER NOTICE THAT PCAA shall file and serve by first-class mail, by no later than the Bid Deadline, and otherwise in accordance with the applicable Bankruptcy Rules, a notice (the "**Assignment and Cure Notice**") to all the non-debtor parties to the Assumed Agreements (as defined in the Sale Agreement) that (a) identifies each Assumed Agreement, (b) sets forth the dollar amount (the "**Proposed Cure Amounts**"), if any, that PCAA contends is necessary to be paid by PCAA in order to cure all the defaults, if any, under such contracts, and (c) the deadline by which such non-debtor parties must object.

PLEASE TAKE FURTHER NOTICE THAT **responses or objections, if any, to the relief to be requested in the Assignment and Cure Notice** must be in writing, conform to the Bankruptcy Rules and the Local Rules, set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against PCAA's estates or property, the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court and served upon Objection Notice Parties, so as actually to be received **no later than 4:00 p.m. (prevailing Eastern Time) on            ** (the "**Cure Objection Deadline**"). The failure of any party in interest to file and serve its objection or response to the Assignment and Cure Notice by the Cure Objection Deadline in accordance with the provisions of this paragraph shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Assignment and Cure Notice, the Proposed Cure Amounts, the Motion, the Sale or PCAA's consummation and performance of the transactions contemplated thereby.

[Remainder of Page Intentionally Left Blank]

PLEASE TAKE FURTHER NOTICE THAT any person or entity wishing to submit a bid for the Purchased Assets, or object or otherwise respond to the Motion is urged to review the Bidding Procedures, the Bidding Procedures Order, and the Motion. Copies of the Motion and the exhibits thereto, and the Bidding Procedures Order (including the Bidding Procedures annexed as <u>Exhibit A</u> to the Motion) may be (a) reviewed during regular Court hours at the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, (b) reviewed electronically on www.deb.uscourts.gov, the official website for the Court, or (c) reviewed electronically on the Debtors Estates' Noticing and Claims Agent website at [_____], or (d) procured upon written request to counsel for PCAA, Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, One Chase Manhattan Plaza, New York, New York 10005, Attention: Matthew S. Barr and Michael E. Comerford.

Dated: _____, 2010  Respectfully submitted,
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Lee E. Kaufman (No. 4877)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr
Michael E. Comerford
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Proposed Attorneys for PCAA Parent, LLC, et al.*