# Exhibit E

## Sale Agreement Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
                                          :    Case No. 10-10250 (MFW)
                                          :
PCAA PARENT, LLC, et al.,¹                :
                                          :    Jointly Administered
                                          :
                       Debtors.           :
------------------------------------------------------------x
```

## NOTICE OF SALE OF PCAA'S ASSETS TO
## [NAME OF SUCCESSFUL BIDDER]

PLEASE TAKE NOTICE THAT on _____, 2010, PCAA Parent, LLC, together with its affiliated debtors and debtors in possession (collectively, "**PCAA**" or the "**Seller**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") under chapter 11 of the United States Bankruptcy Code 11 U.S.C. §§ 101 – 1532 (as amended, the "**Bankruptcy Code**"), filed a motion (Docket No.___, the "**Motion**")² with the United States Bankruptcy Court for the District of Delaware (the "**Court**") for an order pursuant to sections 105, 363, 365 and 1146 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"): (A) approving the form of the bidding procedures (the "**Bidding Procedures**") to govern the sale (the "**Sale**") by PCAA of all or substantially all of PCAA's assets (the "**Purchased Assets**") free and clear of all liens, claims, encumbrances and interests of any kind to the Buyer (as defined below), (B) scheduling the date and time to hold an auction (the "**Auction**") to implement the Sale, (C) scheduling the date and time for a hearing (the "**Sale Hearing**") to consider (1) approval of the Sale and (2) the assumption by PCAA and the assignment by PCAA to the Buyer (as defined below) of some or all of PCAA's executory contracts and unexpired leases (such executory contracts and unexpired leases, collectively, the "**Assumed Agreements**"), and (D) approving related relief.

---

[1]    The PCAA entities, along with the last four digits of their respective federal tax identification numbers (as applicable), are as follows: PCAA Parent, LLC (8827); PCAA Chicago, LLC (0860); PCAA GP, LLC (4237); PCAA LP, LLC (none); PCAA Properties, LLC (0617); PCAA SP, LLC (3465); Airport Parking Management, Inc. (7571); PCAA Missouri, LLC (5702); PCAA SP-OK, LLC (none); PCAA Oakland, LLC (9451); Parking Company of America Airports, LLC (9249); PCA Airports, Ltd. (8348); Parking Company of America Airports Phoenix, LLC (8343); and RCL Properties, LLC (2006). The mailing address for PCAA is 621 North Governor Printz Boulevard, Essington, PA 19029.

[2]    All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Bidding Procedures Motion.

PLEASE TAKE FURTHER NOTICE THAT PCAA hereby provides notice of its intent to sell the Purchased Assets to _____ (the "**Buyer**"), the party determined by PCAA to have the highest and best offer at the Auction.

PLEASE TAKE FURTHER NOTICE THAT PCAA and the Buyer have entered into a certain asset purchase agreement, dated _____ (the "**Sale Agreement**") effective on the closing date of such Sale. A true and correct copy of the Sale Agreement is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE THAT **a hearing regarding approval of the Sale shall be held** before the Honorable [_____], United States Bankruptcy Court, 824 North Market Street, [_____] Wilmington, Delaware 19801, at _____ **p.m. (Eastern Time) on [_____, 2010]**. This hearing (the "**Sale Hearing**") may be adjourned or rescheduled by the Seller, from time to time, without notice to creditors or parties in interest other than by an announcement of the adjourned date at the Sale Hearing, filings with the Court, or on the Court's calendar on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE THAT **responses or objections, if any, to this Notice or to the Auction or the selection of the highest or otherwise best bid** must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Court, set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against PCAA's estates or property, the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court and served upon the following parties: (a) PCAA at 621 North Governor Printz Boulevard, Essington, PA 19029, Attention: Mark Shapiro, (b) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005, Attention: Matthew S. Barr and Michael E. Comerford, counsel for PCAA, (c) Richards, Layton & Finger, P.A., Attention: John H. Knight and Mark Collins, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, (d) the Office of the U.S. Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035 (e) counsel to the Creditors' Committee as applicable, and (f) counsel to the Administrative Agent and any other agent, trustee, or other representative, if any, for PCAA's prepetition lenders, so as actually to be received **no later than 4:00 p.m. (prevailing Eastern Time) on** _____ (the "**Auction Objection Deadline**"). The failure of any party in interest to file its objection or response to this Notice or the Sale Order by the Sale Objection Deadline or to the Auction and Successful Bidder by the Auction Objection Deadline in accordance with the provisions of this paragraph shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the Auction, this Notice, the Sale Order, the Sale, or PCAA's consummation and performance of the transactions contemplated thereby.

RLF1 3532765v.1

Dated: _____, 2010     Respectfully submitted,
     Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Lee E. Kaufman (No. 4877)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

 -and-

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr
Michael E. Comerford
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Proposed Attorneys for PCAA Parent, LLC, et al.*

4

# Exhibit 1

## Sale Agreement