# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| PCAA PARENT, LLC, et al.,[1] ) | Case No. 10-10250 (MFW) |
| ) |  |
| Debtors. ) | Joint Administration Requested |
| ) |  |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Jamie L. Edmonson, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Timothy Q. Karcher, Esquire, of Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York, 10019, to represent Corinthian-Bainbridge ZKS Holding Company, LLC in the above-captioned cases.

Dated: January 29, 2010
Wilmington, Delaware

BAYARD, P.A.

Jamie L. Edmonson (No. 4247)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302)658-6395

---

[1] The PCAA entities, along with the last four digits of their respective federal tax identification numbers are as follows: PCAA Parent, LLC (8827); PCAA Chicago, LLC (0860); PCAA GP, LLC (4237); PCAA LP, LLC (none); PCAA Properties, LLC (0617); PCAA SP, LLC (3465); Airport Parking Management, Inc. (7571); PCAA Missouri, LLC (5702); PCAA SP-OK, LLC (none); PCAA Oakland, LLC (9451); Parking Company of America Airports, LLC (9249); PCA Airports Ltd. (8348); Parking Company of America Airports Phoenix, LLC (8343); and RCL Properties, LLC (2006). The mailing address for PCAA is 621 North Governor Printz Boulevard, Essington, PA 19029.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

DEWEY & LEBOEUF LLP

_____
Timothy Q. Karcher, Esquire
1301 Avenue of the Americas
New York, New York, 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: January __, 2010

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge