IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re: : Chapter 11
:
: Case No. 10-10250 (MFW)
PCAA PARENT, LLC, et al.,[1] :
: Jointly Administered
:
Debtors. : **Re: Docket No. 22**
------------------------------------------------------------x

## NOTICE OF FILING OF PROPOSED ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN ASSETS, (II) AUTHORIZING PCAA TO ENTER INTO AN ASSET PURCHASE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT PROTECTIONS, (IV) SCHEDULING AUCTION AND HEARING DATES, AND (IV) GRANTING OTHER RELATED RELIEF

PLEASE TAKE NOTICE that, on January 28, 2010, PCAA Parent, LLC and its affiliated debtors and debtors in possession (collectively, "PCAA") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the **Motion for (I) Order (A) Establishing Bidding Procedures Relating to Sale of Substantially All of PCAA's Assets, (B) Approving Stalking Horse Protections, (C) Authorizing and Scheduling Date and Time for Auction, (D) Scheduling Date and Time for Hearing on Sale Order, (E) Approving Assignment and Cure Procedures, and (F) Setting Objection Deadlines and (II) Order Approving Sale of Substantially All of PCAA's Assets** (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The PCAA entities, along with the last four digits of their respective federal tax identification numbers (as applicable), are as follows: PCAA Parent, LLC (8827); PCAA Chicago, LLC (0860); PCAA GP, LLC (4237); PCAA LP, LLC (none); PCAA Properties, LLC (0617); PCAA SP, LLC (3465); Airport Parking Management, Inc. (7571); PCAA Missouri, LLC (5702); PCAA SP-OK, LLC (none); PCAA Oakland, LLC (9451); Parking Company of America Airports, LLC (9249); PCA Airports, Ltd. (8348); Parking Company of America Airports Phoenix, LLC (8343); and RCL Properties, LLC (2006). The mailing address for PCAA is 621 North Governor Printz Boulevard, Essington, PA 19029.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Sale Motion, PCAA is seeking:

> (i) entry of an order (the "Bidding Procedures Order"), (a) establishing Bidding Procedures[2] for the Sale of substantially all of PCAA's assets, (b) approving the Stalking Horse Provisions, (c) authorizing and scheduling a date and time to hold an auction (the "Auction") to solicit higher or otherwise better bids for PCAA's assets, (d) scheduling a date and time for a hearing to consider a proposed order approving the Sale, (e) approving assignment and cure procedures, and (f) setting objection deadlines (collectively, the "Procedural Relief"); and
>
> (ii) entry of an order approving a Sale of the Purchased Assets to the winning bidder at the Auction, or, if no Auction is held, to the Stalking Horse Purchaser.

PLEASE TAKE FURTHER NOTICE the Court will consider, *inter alia*, the Procedural Relief requested in the Sale Motion at the omnibus hearing scheduled in the Chapter 11 Cases for February 17, 2010 at 4:00 p.m. (EST) (the "February 17 Hearing").

PLEASE TAKE FURTHER NOTICE that, since the filing of the Sale Motion, PCAA has made various changes to the proposed Bidding Procedures Order and the proposed Bidding Procedures attached to the Bidding Procedures Order. Attached hereto as Exhibit A is a final proposed version of the Bidding Procedures Order, incorporating these changes. For the convenience of the Court and all parties-in-interest, a blackline of the revised version of the Bidding Procedures Order against the version originally filed with the Sale Motion is attached

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

hereto as Exhibit B. The revised version of the Bidding Procedures Order has been circulated to, and approved by, (i) the Stalking Horse Purchaser, (ii) the Official Committee of Unsecured Creditors, and (iii) PCAA's post-petition lenders. Additionally, no objections have been filed with respect to the Procedural Relief sought in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that at the February 17 Hearing, PCAA intends to request that the Court enter the Bidding Procedures Order, substantially in the form attached hereto as Exhibit A.

Dated: February 16, 2010
Wilmington, Delaware

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Lee E. Kaufman (No. 4877)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew S. Barr
Michael E. Comerford
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Proposed Attorneys for PCAA Parent, LLC, et al.*